**FILED**

AUG 2 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES DISTRICT COURT | |
|---|---|
| FOR THE DISTRICT OF COLUMBIA | |

UNITED STATES OF AMERICA           :
                                   :
v.                                 :      Criminal Case No.: 05-0311 (RMU)
                                   :
DAMIEN R. JONES,                   :
                                   :
        Defendant.

## CRIMINAL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is this **25** day of **August**, 2005,

**ORDERED** that the parties file all:

Pretrial Motions\Notices   on or before **Sept 12 2005**;

Oppositions                on or before **Sept. 22 2005**, and

Replies                    on or before **Sept 29 2005**, and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on **Sept 13**, at **10:30**;

A motions hearing on **Nov. 10**, at **10 am**; and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at http://www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED**.

                                                Ricardo M. Urbina
                                                United States District Judge