UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-311 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DAMIEN JONES | : | Status Date: September 13, 2005 |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Tonya Sulia at telephone number (202) 305-2195 and/or email address tonya.sulia@usdoj.gov. Ms. Sulia will substitute for AUSA Amy Jeffress as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Tonya Sulia
Assistant United States Attorney
Narcotics Section
555 4th Street, N.W.  Room 4243
Washington, DC 20530
(202) 305-2195