UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 05-311 (RMU) |
| | : | |
| v. | : | |
| | : | |
| **DAMIEN JONES,** | : | |
| **defendant.** | : | |

# ORDER

Based upon the government's motion to admit the defendant's prior convictions for impeachment purposes, and any oppositions thereto, it is this

_____ day of _____, 2005, hereby

**ORDERED** that, should the defendant choose to testify, the government may impeach him with his convictions set out in the government's motion.

_____
RICARDO M. URBINA
United States District Judge