UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 05-311(RMU) |
| v. | ) | |
| DAMIEN JONES | ) | |

**ORDER**

Upon consideration of defendant Damien Jones's motion to suppress, it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**FURTHER ORDERED** that all physical evidence seized on August 6 , 2005 in relation to the above-captioned case is suppressed;

        **SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

_____
DATE


Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Tonia Sulia
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530