UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 05-311(RMU) |
| DAMIEN JONES | ) ) ) | |

ORDER

Upon consideration of defendant Damien Jones' motion to review his bond status, it is hereby

**ORDERED,** that the defendant's Motion is granted; and it is

**FURTHER ORDERED** that Mr. Jones be screened for admission into the High Intensity Supervision Program of Pre-Trial Services, and if eligible to be released and supervised by that Program;

**SO ORDERED**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

_____
DATE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Tonia Sulia
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 2053