UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 05-311(RMU) |
| DAMIEN JONES | ) ) ) ) | |

**O R D E R**

Upon consideration of the Defendant's Motion Opposing the Government's Request to Admit Evidence pursuant to Federal Rule of Evidence 609 it is hereby ordered that the Motion is granted;

**FURTHERED ORDERED** that the government's Motion is denied.

**SO ORDERED**

_____                              _____
DATE                                              RICARDO M. URBINA
                                                         UNITED STATES DISTRICT JUDGE


Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Tonya Sulia
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530