UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Case No.: 05-0311 (RMU) |
| DAMIEN R. JONES, | : | |
| Defendant. | : | |

**ORDER**

It is this 3rd day of October 2005,

**ORDERED** that the defendant's motion to modify bond is **DENIED**.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge