UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 05-311(RMU) |
| DAMIEN JONES | ) ) ) ) | |

**DEFENDANT'S MOTION FOR RECONSIDERATION
TO MODIFY HIS PRE-TRIAL BOND**

Undersigned counsel, respectfully moves the Court to Reconsider its order denying defendant's, Damien Jones' Motion to Modify Bond by releasing him to the electronic home monitoring program administered by the High Intensity Supervision Program of Pre-Trial Services.

As grounds for this motion, counsel states:

1.      Mr. Jones is before the Court charged in an indictment with violating 18 U.S.C. § 922(g)(1). Since Mr. Jones appeared in Federal Court for his initial appearance on August 8, 2005 he has been detained at the District of Columbia Jail. Mr. Jones' detention at the District of Columbia Jail was supposed to be temporary. After finding Probable Cause that Mr. Jones committed the charged offense, Magistrate Judge Alan Kay ordered his placement in a halfway house with work privileges. Magistrate Judge Kay issued the halfway house release order on August 10, 2005.

2.      Undersigned counsel filed Mr. Jones' first Motion to Modify Bond on September 12, 2005 after learning that there was no reasonable likelihood that Mr. Jones was going to be transferred to a halfway house. The Court denied the Motion on October 3, 2005.

3. As of today's date, October 31st, over two and half months have transpired and Mr. Jones is still incarcerated at the District of Columbia Jail. There is no likelihood that Mr. Jones will be moved to a halfway house. Undersigned is asking the Court to re-consider its denial of the Motion to Modify Bond in light of Mr. Jones' opportunity to start working immediately. Attached to this motion is a letter to the Court from Mr. Nikiya Harris who is willing to employ Mr. Jones' if the Court is willing to release him under electronic home monitoring. Mr. Harris owns a clothing store, Seek Abundance, which is located at 2818 Georgia Ave., NW Washington, D.C. Mr. Jones has previously worked for Mr. Harris.

4. Assistant United States Attorney, Tonya Sulia, opposes the request to modify Mr. Jones' bond.

5. For the foregoing reasons, Mr. Jones respectfully requests the Court to grant his Motion to Modify bond and place him in the High Intensity Supervision Program of Pre-Trial Services

Respectfully submitted,

A.J. Kramer
Federal Public Defender


       /s/
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500