# Attachment

The Honorable Ricardo M. Urbina
United States District Judge
United States Federal Courthouse
333 Constitution Ave., NW
Washington, D.C.
20001

Dear Judge Urbina,

My name is Nikiya Harris and I'm writing on behalf of Damien Jones. I am the founder and owner of Seek Abundance, a clothing store located at 2818 Georgia Ave, NW Washington, D.C. Mr. Jones has previously worked for me at Seek Abundance and was working for me until he was arrested. Mr. Jones was a reliable worker whom I trusted completely. I will re-hire Mr. Jones immediately if he is released from detention. If you have any questions in reference to my business, Mr. Jones' past employment and my desire to hire him, I can be reached at (202) 299-0313.

10-25-05
Date

Nikiya Harris