UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | :    Criminal No. 05-311 (RMU) |
| DAMIEN JONES, | : |
| Defendant. | : |

## GOVERNMENT'S RESPONSE
## TO DEFENDANT'S MOTION TO MODIFY BOND

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its response to defendant's Motion to Modify Bond. If the defendant is placed into the High Intensity Supervision Program, the government does not oppose the defendant's Motion to Modify Bond.

In light of the fact that Magistrate Judge Kay ordered the defendant to be placed into a halfway house on August 10, 2005, and the defendant still remains at the D.C. Jail, the government will not oppose the defendant's request to be placed into the High Intensity Supervision Program.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

BY: _____

TONYA SULIA
Assistant United States Attorney
555 4th Street, N.W. Room 4243
Washington, D.C. 20530
(202) 305-2195