UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :   Criminal Action No.: 05-0311 (RMU)
                                  :
DAMIEN JONES,                     :
                                  :
              Defendant.          :

**ORDER**

It is this ___10___ day of November 2005,

**ORDERED** that a __pretrial/status__ hearing in the above-captioned case shall take place on __Dec. 12 2005__ at __11:15__.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

FILED
NOV 10 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT