**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 05-CR-311(RMU) |
| v. | Judge Ricardo M. Urbina |
| DAMIEN JONES,<br>        Defendant. | |

**GOVERNMENT'S MOTION TO DISMISS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court to dismiss the indictment in the above-styled case, without prejudice and order that defendant be released from custody in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
Denise M. Clark, DC BAR # 479149
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-8690

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was caused to be served on counsel for the defendant, Carlos J. Vanegas, 625 Indiana Avenue, Northwest, Suite 550, Washington, D.C. 20004, this 22nd day of November, 2005.

_____
Denise M. Clark
Assistant United States Attorney