UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 05-CR-311(RMU) |
| v. | Judge Ricardo M. Urbina |
| DAMIEN JONES,<br>      Defendant. | |

**ORDER**

The Court having considered the Government's motion to dismiss and upon finding it appropriate to do so, it is ORDERED this _____ day of November 2005, that the indictment in the above-styled case be dismissed without prejudice and that defendant be released from custody in this case.

_____
RICARDO M. URBINA
United States District Judge

copies to:

Denise M. Clark
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W.
Washington, D.C. 20530

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAMIEN JONES,<br>    Defendant. | Crim. No. 05-CR-311(RMU)<br><br>Judge Ricardo M. Urbina |

## GOVERNMENT'S MOTION TO DISMISS
## ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court to dismiss the indictment in the above-styled case, without prejudice and order that defendant be released from custody in this case.

The Court having considered the Government's motion to dismiss and upon finding it appropriate to do so, it is ORDERED this _____ day of November 2005, that the indictment in the above-styled case be dismissed without prejudice and that defendant be released from custody in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
Denise M. Clark, DC BAR # 479149
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-8690

_____
RICARDO M. URBINA
United States District Judge

copies to:

Denise M. Clark
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W.
Washington, D.C. 20530

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was caused to be served on counsel for the defendant, Carlos J. Vanegas, 625 Indiana Avenue, Northwest, Suite 550, Washington, D.C. 20004, this 22nd day of November, 2005.

_____
Denise M. Clark
Assistant United States Attorney