UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAMIEN JONES,<br>        Defendant. | Crim. No. 05-CR-311(RMU)<br><br>Judge Ricardo M. Urbina |

### ORDER

The Court having considered the Government's motion to dismiss and upon finding it appropriate to do so, it is ORDERED this 28th day of November 2005, that the indictment in the above-styled case be dismissed without prejudice and that defendant be released from custody in this case.

_____
RICARDO M. URBINA
United States District Judge

copies to:

Denise M. Clark
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W.
Washington, D.C. 20530

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

